Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
VALENTI LAW APC
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff David Perez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVID PEREZ,

        Plaintiff,

vs.

ANGEL CITY BELL LLC; CHU CHIEN-PING; and DOES 1-10,

        Defendants.

Case No.: 2:25-cv-04735-SB-MBK

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT, ANGEL CITY BELL LLC; WITHOUT PREJUDICE PURSUANT TO FED. RULE CIV. PROC. 41 (a)(1)(A)(i)

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ANGEL CITY BELL LLC PURSUANT TO FED. RULE CIV. PROC. 41 (A)(1)(A)(I) - 1

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff David Perez voluntarily dismisses the action <u>without</u> prejudice as to Defendant ANGEL CITY BELL LLC; only.

Respectfully submitted,

DATED:  July 30, 2025                    VALENTI LAW APC

By:   */s/ Matt Valenti*
_____
Matt Valenti, Esq.
Attorney for Plaintiff
David Perez

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ANGEL CITY BELL LLC PURSUANT TO FED. RULE CIV. PROC. 41 (A)(1)(A)(I) - 2